# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1610
_____

DEPARTMENT OF HIGHWAY
SAFETY AND MOTOR VEHICLES,
STATE OF FLORIDA DIVISION OF
RISK MANAGEMENT,

    Appellants,

    v.

MILTON BUSBY,

    Appellee.

_____

On appeal from the Office of the Judges of Compensation Claims.
Thomas A. Hedler, Judge.

Date of Accident:  February 11, 2020.

November 20, 2025

PER CURIAM.

    AFFIRMED.

RAY, NORDBY, and TANENBAUM, JJ., concur.

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

_____

Jane E. McGill of Vaughan McLean, Palm Beach Gardens, for Appellants.

Michael J. Winer of Winer Law Group, P.A., Tampa, for Appellee.